UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 23-cv-22387-BLOOM/Otazo-Reyes

GRILLO'S PICKLES, INC.,

    Plaintiff,

v.

PATRIOT PICKLE, INC.,

    Defendant.
_____/

## ORDER GRANTING PLAINTIFF'S MOTION
## FOR LEAVE TO FILE UNDER SEAL

**THIS CAUSE** is before the Court upon Defendant Patriot Pickle, Inc.'s Unopposed Expedited Motion to File Documents Under Seal and/or for Reconsideration of the Court's Order Dated August 21, 2023 and Incorporated Memorandum of Law. ECF No. [39] ("Motion"). The Court has considered the Motion, the record in this case, and the applicable law.

The Court is persuaded that Defendant has set forth good cause to permit Plaintiff to file an unredacted copy of the First Amended Verified Complaint and Exhibits A through H under seal. In particular, the Motion sets forth a rigorous justification for sealing the documents based on the nature of this action, which involves trade secrets and involves sensitive information, including Defendant's confidential business relationships, confidential data regarding its supply and distribution chains, and sales volume data. *See* ECF No. [39] at 5 (citing *Global Life Techs. Corp. v. Medline Indus., L.P.*, No. 1:20-cv-21240, 2022 WL 17324240, at *1-2 (S.D. Fla. Nov. 29, 2022); *Nephron Pharms. Corp. v. Jennifer Shelly Hulsey, U.S. Compounding Inc.*, No. 6:18-cv-01573, 2020 WL 9597838, at *2 (M.D. Fla. Oct. 13, 2020); *CRubin, LLC v. Escoriaza*, No. 1:19-cv-22261, 2020 WL 2542629, at *2 (sealing "trade secrets and other confidential

information, such as attorney correspondence relating to third parties, technical infrastructure, business strategy, commercially sensitive transactional, marketing, technical, research, development, business strategy, and otherwise non-public and proprietary information"); *Donoff v. Delta Air Lines, Inc.*, No. 9:18-cv-81258, 2019 WL 2568020, at *2 (S.D. Fla. Mar. 14, 2019)).

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Defendant's Motion, **ECF No. [39]**, is **GRANTED**.

2. Plaintiff Grillo's Pickles, Inc. shall file under seal an unredacted copy of its First Amended Verified Complaint, *see* ECF No. [36] ("Amended Complaint"), and Exhibits A through H to the Amended Complaint, **by August 25, 2023**.

**DONE AND ORDERED** in Chambers at Miami, Florida on August 23, 2023.

_____
BETH BLOOM
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record